## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JAN KONOPCA,                          :   Civil Action No.  15-6044 (FLW)
                                      :
          Plaintiff,                  :
                                      :
          v.                          :          SCHEDULING ORDER
                                      :
COMCAST CORPORATION,                  :
                                      :
          Defendant.                  :
_____ :

      This matter having come before the Court during an in person status conference, on the record, on March 16, 2017; and the Court having conferred with counsel concerning the ststus of discovery; and for the reasons stated o the record;

      IT IS on this 23rd day of March 2017,

      ORDERED THAT:

      1.  Defendant must produce the "dialer information" and "account notes", in redacted form, by <u>April 17, 2017</u>.

      2.  By <u>April 17, 2017</u>, Plaintiff must produce a list of other, similar actions to which his is or has been a party, state the manner by which they were resolved, whether sworn testimony was given in each case , and the aggregate amount of all settlement funds or judgments recovered by Plaintiff.

      3.  The date by which the Parties must complete fact discovery, including depositions, is extended to <u>June 30, 2017</u>.  No discovery is to be issued or conducted after this date.

      4.  Counsel must meet and  confer in a good faith attempt to resolve any discovery or case management dispute before bringing such dispute to the attention of the Court.   Any unresolved dispute must be brought to the Court's attention <u>promptly</u> by letter to the undersigned.  Failure to timely raise a discovery dispute may result in a waiver.

      5.  No discovery motion shall be made without prior leave of the Court.

      6. The Court will conduct a telephone status conference on <u>June 5, 2017</u> at   <u>2:00 P.M.</u>  Defense counsel will initiate the call.  During the call, the Court will set a schedule for expert discovery and/or dispositive motions.

7.    Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be no extensions except for good cause shown and by leave of the Court, even with consent of all counsel.

*s/ Douglas E. Arpert*
**DOUGLAS  E. ARPERT**
**United States Magistrate Judge**